UNITED STATES  DISTRICT COURT

Northern District of California

DONALD G JONES

                        Plaintiff(s),

      v.

US SUPREME COURT COURT

                    Defendant(s).

_____/

No. C 10-02750 MEJ

**ORDER DIRECTING PLAINTIFF TO FILE CONSENT/DECLINATION FORM**

        Pending before the Court is Plaintiff's in forma pauperis application.  Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent to Magistrate Judge James' jurisdiction.  This civil case was randomly assigned to Magistrate Judge James for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the magistrate judges of this district court are designated to conduct any and all proceedings in a civil case, including trial and entry of final judgment, upon the consent of the parties.  An appeal from a judgment entered by Magistrate Judge James may be taken directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of a district court.

        You have the right to have your case assigned to a United States District Judge for trial and disposition.  Accordingly, Plaintiff Donald Jones shall inform the Court, by way of the enclosed form, whether he consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial.  The consent/declination form shall be filed by July 20, 2010.

        **IT IS SO ORDERED.**

Dated: June 29, 2010

_____

Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONALD G JONES                                    No. C 10-02750 MEJ

        Plaintiff(s),

  vs.

US SUPREME COURT COURT

        Defendant(s).

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

     In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby

consents to have a United States Magistrate Judge conduct any and all further proceedings in this

case, including trial, and order the entry of final judgment, and voluntarily waives the right to

proceed before a United States District Judge.

Dated:_____          Signed by:_____

                                       Counsel for:_____

**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

     The undersigned party hereby declines to consent to the assignment of this case to a United

States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to

a United States District Judge.

Dated:_____        Signed by:_____

                                       Counsel for:_____

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DONALD G JONES                              Case Number: 10-02750 MEJ

        Plaintiff,                         **CERTIFICATE OF SERVICE**

  v.

US SUPREME COURT COURT

        Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donald G. Jones
302 Plantation Circle
Fayetteville, GA 30214

Dated: June 29, 2010

                          Richard W. Wieking, Clerk
                          By: Brenda Tolbert, Deputy Clerk

**UNITED STATES DISTRICT COURT**
For the Northern District of California