United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD G. JONES, | No. C 10-02750 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| UNITED STATES SUPREME COURT, et al., | |
| Defendants. | |

This complaint is dismissed without leave to amend.  Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: July 26, 2010

SUSAN ILLSTON
United States District Judge